## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013–1627.  Hitachi Med. Sys. of Am., Inc. v. Levin.**
Board of Tax Appeals, No. 2009–1576.

**2014–0357.  In re J.C. v. Hamilton Cty. Juvenile Court.**
In Prohibition.

**2014–0365.  State ex rel. White v. Internatl. House of Pancakes.**
Franklin App. No. 13AP–285, 2014-Ohio-412.

**2014–0373.  Grace Cathedral, Inc. v. Testa.**
Board of Tax Appeals, No. 2012–2168.

**2014–0382.  State ex rel. Republic Servs., Inc. v. Wright.**
Franklin App. No. 13AP–219, 2014-Ohio-312.

## CASE ANNOUNCEMENTS

*March 19, 2014*

[Cite as *03/19/2014 Case Announcements #2*, 2014-Ohio-1031.]

## MOTION AND PROCEDURAL RULINGS

**2014–0374.  Balas–Bratton v. Husted.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter.

Upon consideration of the motion of George T. Maier for leave to intervene as respondent, it is ordered by the court that the motion is granted. Intervening respondent's brief and evidence are due on the same date that respondents' briefs and evidence are due.

## CASE ANNOUNCEMENTS

*March 19, 2014*

[Cite as *03/19/2014 Case Announcements #3*, 2014-Ohio-1047.]

## MOTION AND PROCEDURAL RULING

**2014–0354.  In re A.C.**
Hamilton App. Nos. C–130416, C–130464, and C–130467, 2014-Ohio-174.

This cause is pending before the court as a jurisdictional appeal. On March 19, 2014, appellant filed a motion for stay of the January 22, 2014 decision of the court of appeals and of any juvenile court proceedings. It is ordered by the court, sua sponte, that the court of appeals' January 22, 2014 decision and any further proceedings in the juvenile court, including the probable-cause hearing scheduled for March 20, 2014, are temporarily stayed pending the resolution of the merits of appellant's motion for stay.

## CASE ANNOUNCEMENTS

*March 20, 2014*

[Cite as *03/20/2014 Case Announcements #2*, 2014-Ohio-1063.]